# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| THERESA M. STEWART, | ) | CASE NO. 4: 11 CV 224 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) ) | ORDER ADOPTING REPORT AND RECOMMENDATION |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge James R. Knepp. The Report and Recommendation (Document # 21), issued on August 4, 2011, is ADOPTED by this Court. Plaintiff filed this action seeking judicial review of the Commissioner of Social Security's decision denying her supplemental security income benefits. The Magistrate Judge recommended that Court affirm the final decision of the Commissioner. No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety. IT IS SO ORDERED

DONALD C. NUGENT
United States District Judge

DATED: August 31, 2011